**UNITED STATES BANKRUPTCY COURT**
For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| In re:   REGINALD WEATHERSBY, | ) | |
| | ) | 18 B 16957 |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |
| | ) | Trustee Marilyn O. Marshall |

**NOTICE OF MOTION**

TO: See attached list:

PLEASE TAKE NOTICE THAT on January 5, 2021 at 1:30 p.m., I will appear before the Honorable A. Benjamin Goldgar or any judge sitting in that judge's place, and present the motion of Reginald Weathersby to **Modify Chapter 13 Plan**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

| | | |
|---|---|---|
| Law Offices of Matthew Baysinger | By: | /S/ Matthew C. Baysinger_____ |
| 747 E. Boughton Road, Suite 219 | | Matthew C. Baysinger |
| Bolingbrook, IL 60440 | | Attorney for the Debtor |
| 630.874.3431  Phone | | |
| 630.874.1230  Fax | | |
| mbaysinger@baysingerlawoffices.com | | |

CERTIFICATE OF SERVICE

I, Matthew C. Baysinger, an attorney, certify under penalty of the law of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the methods indicated on the list on the 29th day of December, 2020 at 5 p.m.

_/S/Matthew C. Baysinger_____
MATTHEW C. BAYSINGER

```
Label Matrix for local noticing              Capital One Auto Finance, a division of Capi    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
0752-1                                       4515 N Santa Fe Ave. Dept. APS                  c/o Codilis & Associates, P.C.
Case 18-16957                                Oklahoma City, OK 73118-7901                    15W030 North Frontage Road, Suite 100
Northern District of Illinois                                                                Burr Ridge, IL 60527-6921
Chicago
Mon Aug 27 15:36:43 CDT 2018

U.S. Bankruptcy Court                        (p)CAPITAL ONE                                  Capital One Auto Finan
Eastern Division                             PO BOX 30285                                    3901 Dallas Pkwy
219 S Dearborn                               SALT LAKE CITY UT 84130-0285                    Plano, TX 75093-7864
7th Floor
Chicago, IL 60604-1702


Capital One Auto Finance, a division of      Capital One Auto Finance, a division of Capi    Capital One Bank (USA), N.A.
Capital One, N.A.                            AIS Portfolio Services, LP                      PO Box 71083
c/o AIS Portfolio Services, LP               4515 N Santa Fe Ave. Dept. APS                  Charlotte, NC  28272-1083
4515 N Santa Fe Ave. Dept. APS               Oklahoma City, OK 73118-7901
Oklahoma City, OK 73118-7901


Chase                                        City of Chicago Department                      City of Chicago Department of Finance
PO Box 469030                                Of Administrative Hearing                       c/o Arnold Scott Harris P.C.
Glendale, CO 80246-9030                      City of Chicago - DOAH C/O Arnold Scott         111 W. Jackson Ste. 600
                                             111 W. Jackson Ste 600                          Chicago, IL 60604-3517
                                             Chicago, IL 60604-3517


Fair Square Financial LLC                    IL Dept of Healthcare & Family Svcs             JPMorgan Chase Bank, National Association
Resurgent Capital Services                   Division of Child Support-Enforceme             c/o Codilis & Associates, P.C.
PO Box 10368                                 509 South 6th, 4th Floor                        15W030 N. Frontage Road, Suite 100
Greenville, SC 29603-0368                    Springfield, IL 62701-1809                      Burr Ridge, IL 60527-6921


Ollo/cws                                     UNITED STATES DEPARTMENT OF EDUCATION           Us Dept Of Ed/glelsi
Po Box 9222                                  CLAIMS FILING UNIT                              Po Box 7860
Old Bethpage, NY 11804-9222                  P O BOX 8973                                    Madison, WI 53707-7860
                                             MADISON, WI 53708-8973


Marilyn O Marshall                           Matthew C Baysinger                             Patrick S Layng
224 South Michigan Ste 800                   Law Offices of Matthew R. Wildermuth            Office of the U.S. Trustee, Region 11
Chicago, IL 60604-2503                       1900 W. 75th Street                             219 S Dearborn St
                                             Woodridge, IL 60517-2600                        Room 873
                                                                                             Chicago, IL 60604-2027


Reginald Weathersby
5343 S. Lowe
Chicago, IL 60609-5232
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Capital One                                  End of Label Matrix
15000 Capital One Dr                         Mailable recipients     21
Richmond, VA 23238                           Bypassed recipients      0
                                             Total                   21
```

**UNITED STATES BANKRUPTCY COURT**
For the Northern District of Illinois
Eastern Division

| | | |
|---|---|---|
| In re:  REGINALD WEATHERSBY, | ) | |
| | ) | |
| | ) | 18 B 16957 |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |
| | ) | Trustee Marilyn O. Marshall |

## Motion to Modify Chapter 13 Plan

NOW COMES REGINALD WEATHERSBY, Debtor, by and through Matthew C. Baysinger, his attorney, as and for his Motion to Modify Chapter 13 Plan, states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and §1334;

2. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b);

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409;

4. That Debtor filed the present petition for relief pursuant to Chapter 13 of the Bankruptcy Code on June 4, 2018;

5. That on June 13, 2018, this Honorable Court confirmed Debtor's Chapter 13 plan with initial payment terms of $435.00 for 60 months, that yielded a 100 percent dividend to general unsecured creditors (Docket no. 28);

6. That upon information and belief, Debtor is in default $2,173.00 up to and including Chapter 13 plan payments due in December 2020;

7. That Debtor experienced a reduction to his household income as a direct result of the COVID-19 pandemic;

8. That Debtor experienced a reduction in hours at the Mary E. Courtenay Language Arts Academy, an elementary school, down to 2 days a week from 5 days beginning In September;

9. That Debtor has recently returned to his customary number of hours/days per week and is receiving income at his commonly experienced level;

10. That Debtor requests to modify his plan pursuant to 11 U.S.C. § 1329(d) as amended by the CARES Act enacted on March 27, 2020;

11. That since Debtor has experienced a material financial hardship due directly to the coronavirus disease, Debtor requests to move this court to modify Debtor's plan such that the current default is deferred to the end of Debtor's plan;

12. That pursuant to 11 U.S.C. § 1329(d)(2), Debtor also requests to extend the length of her plan to 65 months from the previous 60 months;

WHEREFORE, Debtor respectfully prays that this court will defer the current default of monthly plan payments accrued by Debtor, extend the length of Debtor's Chapter 13 plan to 65 months and grant any further relief as the court deems equitable.

                Respectfully submitted,

                /s/ *Matthew Baysinger*
                MATTHEW C. BAYSINGER
                Attorney for Debtor

Law Offices of Matthew Baysinger
747 E. Boughton Road, Suite 219
Bolingbrook, IL 60440
630.874.3431 Phone
630.967.1468 Fax
mbaysinger@baysingerlawoffices.com
A.R.D.C. 6291384