UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-16957
REGINALD WEATHERSBY  )
 )  Chapter: 13
 )  Honorable A. Benjamin Goldgar
 )
 )
Debtor(s)  )

## ORDER GRANTING MOTION TO MODIFY PLAN

THIS CASE COMING before this court for Debtor's Motion to Amend Chapter 13 Plan to Defer Default, due notice having been given, and this court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Debtor's motion is granted.

2. The default in plan payments is deferred to the end of the plan term.

3. The plan term is extended to 65 months under 11 U.S.C. § 1329(d)(2) and the CARES Act.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: January 19, 2021

**Prepared by:**

Matthew C. Baysinger
Attorney for the Debtor
Law Offices of Matthew Baysinger
747 E. Boughton Road, Suite 219,
Bolingbrook, IL 60440
(630) 874-3431 Phone
(630) 874-1230 Fax